IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| JOHN MCCARVER, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 1:15-cv-00289 |
| | ) | |
| v. | ) | Judge Mattice |
| | ) | Magistrate Judge Key |
| | ) | |
| LODGE MANUFACTURING COMPANY, | ) | JURY TRIAL |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate that this case be dismissed with prejudice, each party to bear their own costs and attorney fees.

Respectfully submitted,

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| GILBERT RUSSELL McWHERTER SCOTT & BOBBITT PLC | CONSTANGY, BROOKS SMITH & PROPHETE, LLP |
| *s/ Justin S. Gilbert* | /s Sally Ramsey (w/ permission) |
| Justin S. Gilbert (TN Bar No. 017079) | Teresa Rider Bult (TN Bar #18431) |
| 100 W. Martin Luther King Blvd., Suite 504 | Sally Ramsey (TN Bar # 18859) |
| Chattanooga, Tennessee 37402 | 401 Commerce Street, Suite 1010 |
| (423) 499-3044 | Nashville, TN 37219 |
| (731) 664-1540 *Facsimile* | 615/ 320-5200 |
| jgilbert@gilbertfirm.com | 615/ 321-5891 (facsimile) |
| | tbult@constangy.com |
| | sramsey@constangy.com |
| Jonathan L. Bobbitt (TN Bar No. 23515) | |
| Emily S. Emmons (TN Bar # 33281) | |
| 341 Cool Springs Blvd., Suite 230 | |
| Franklin, TN 37067 | |
| Telephone: 615-354-1144 | |
| Facsimile: 731-664-1540 | |
| jbobbitt@gilbertfirm.com | |
| eemmons@gilbertfirm.com | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that a true and exact copy of this Order of Dismissal has been mailed electronically via the Court's electronic filing system, to all counsel of record on this the 12th day of September, 2016.

                                                    s/ Justin S. Gilbert